FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.21-30251 |
| *Plaintiff-Appellee*, | D.C. No. 3:18-cr-00130-TMB-MMS-1 |
| v. | |
| MARKANTHONY DELEON SAPALASAN, | ORDER |
| *Defendant-Appellant*. | |

Filed September 18, 2024

Before: Michael Daly Hawkins, Ryan D. Nelson, and Daniel P. Collins, Circuit Judges.

Order

**ORDER**

The opinion filed on April 1, 2024, and published at 97 F.4th 657 (9th Cir. 2024), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. The superseding memorandum will be filed concurrently with this order. The petition for panel rehearing and rehearing en banc filed on May 9, 2024, at Docket Entry No. 39 is denied as moot. Further petitions for panel rehearing and rehearing en banc may be filed from the superseding memorandum disposition.